UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------X
HOA LAY,

                           Plaintiff,                19 CV 3076 (WFK) (RML)

       -against-

SEA GATE ASSOCIATION,                **STIPULATION OF DISMISSAL**
ROBERTO OPPEDISANO,
and DARRIEN PHILLIPS,

                          Defendants.
---------------------------------X

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, the attorneys of record for the parties who have appeared in the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of this action, the above-entitled action and any cross-claims be, and the same hereby is discontinued, with prejudice, without costs to either party as against the other.

[Remainder of Page Intentionally Blank]

This stipulation may be filed without further notice with the Clerk of the Court.

DATED: New York, New York
September 13, 2021

_/s/ Michael Lumer_

By: Michael Lumer, Esq.
Lumer Law Group
*Attorneys for Plaintiff*
233 Broadway, Suite 900
New York, New York 10279
Tel.: (212) 566-5060
mlumer@lumerlaw.com

_/s/ Erin Mackin_

By: Erin N. Mackin, Esq.
Gerber Ciano Kelly Brady, LLP
*Attorneys for Defendants/Third-Party Plaintiffs*
*SEA GATE ASSOCIATION, ROBERTO*
*OPPEDISANO and DARRIEN PHILLIPS*
1350 Franklin Avenue, Suite 500
Garden City, New York 11530
Tel.: (516) 738-4602
Fax: (516) 738-4646
File No.: 1087.0052
emackin@gerberciano.com


SO ORDERED:

_____
Hon. William F. Kuntz, US District Judge